# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brian Eugene Lepley,<br><br>          Petitioner,<br><br>vs.<br><br>Dwight Neven et al.,<br><br>          Respondents. | Case No.: 2:14-cv-1575-JAD-GWF<br><br>**Order Extending Deadline for Answer**<br>**(#14)** |

   Respondents move for a 14-day extension of their deadline to file their response to the petition for a writ of habeas corpus, making the deadline for their response July 27, 2015.  Doc. 14.

   Good cause appearing, IT IS HEREBY ORDERED that the motion for an enlargement of time **[#14] is GRANTED**.  Respondents' response deadline is extended to July 27, 2015.

   DATED July 16, 2015

   _____
   Jennifer A. Dorsey
   United States District Judge