# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brian Eugene Lepley,<br><br>  Petitioner<br><br>v.<br><br>Dwight Neven, et al.,<br><br>  Respondents | 2:14-cv-01575-JAD-GWF<br><br>**Order Denying Motion for Reconsideration**<br><br>[ECF 43] |

    Nevada state prisoner Brian Eugene Lepley moves for reconsideration of my February 29, 2016, order dismissing his § 2254 petition as untimely.[1] Because Lepley has given me no valid reason to reconsider my dismissal order, I deny his motion.

    When Lepley initiated this action, he erroneously used the form for a 28 USC § 2241 habeas petition, but § 2241 does not apply to petitions brought by persons in custody following a state judgment of conviction. Because the § 2241 form did not contain the required information, I ordered Lepley to file an amended petition on the 28 USC § 2254 form.[2] Lepley timely filed an amended petition on the correct form,[3] which I later dismissed as untimely under 28 USC § 2244(d).[4]

    Lepley argues that if I had not required him to use the § 2254 form, then this action would not be governed by the one-year statute of limitations. Lepley is incorrect. Because Lepley is in custody under a state-court judgment, his petition is properly brought under § 2254 and is subject to § 2244(d)'s one-year limitations period regardless of the form used. Lepley's claims simply were not cognizable under § 2241.

---

[1] ECF 41.

[2] ECF 5 at 1–2.

[3] ECF 8.

[4] ECF 41.

**Conclusion**

Accordingly, IT IS HEREBY ORDERED that Lepley's motion for reconsideration **[ECF 43] is DENIED.**

Dated this 12th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge